IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **HORACE STRICKLAND, JR.,** : | |
| Plaintiff : | |
| v. : | CASE NO. 7:13-CV-3 (HL) |
| **Sheriff PRINE,** : | |
| Defendant : | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.17) filed September 23, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 16th day of October, 2013.

*s/ Hugh Lawson* _____
**HUGH LAWSON, Senior Judge**
**United States District Court**